**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1635**

In re: JAMES LESTER ROUDABUSH, JR.,

Petitioner.

On Petition for Writ of Habeas Corpus

Submitted: July 26, 2018                         Decided: July 30, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Petition transferred by unpublished per curiam opinion.

James Lester Roudabush, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., has filed an original petition for a writ of habeas corpus, seeking immediate release from prison and complaining of unconstitutional conditions of confinement and the denial of medical care. We ordinarily decline to entertain original habeas petitions under 28 U.S.C. § 2241 (2012), and this case provides no reason to depart from the general rule. In the interests of justice, however, we transfer the case to the United States District Court for the District of South Carolina. *See* Fed. R. App. P. 22(a). We defer the disposition of Roudabush's motion to proceed in forma pauperis to the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION TRANSFERRED*